# Order

Michigan Supreme Court
**Lansing, Michigan**

September 28, 2018

156341(63)(64)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SEJASMI INDUSTRIES, INC.,
      Plaintiff/Counterdefendant-
      Appellee,

v

A+ MOLD, INC., d/b/a TAKUMI
MANUFACTURING COMPANY,
      Defendant/Cross-Defendant,

and

QUALITY CAVITY, INC.,
      Defendant/Counterplaintiff/Cross-
      Plaintiff/Third-Party Plaintiff-
      Appellant,

and

NKL MANUFACTURING, INC.,
      Third-Party Defendant.
_____/

SC: 156341
COA: 336205
Macomb CC: 2014-004273-CB

      On order of the Chief Justice, the motion of amici curiae American Mold Builders Association *et al.* for five minutes of oral argument time separate from that of the parties is GRANTED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2018



Clerk